IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MYRA CATHERINE SOLLIDAY,

    Plaintiff,

v.                                          CASE NO.  4:07cv363-RH/WCS

OFFICER SPENCE, et al.,

    Defendants.

_____/

**ORDER DENYING MOTION TO DISMISS**

    This matter is before the court on the magistrate judge's report and recommendation (document 52), to which no objections have been filed.

    The report and recommendation correctly concludes that the second amended complaint states a claim on which relief may be granted against defendant J. Knight.  This is so even though the standard that governs motions to dismiss is no longer the standard set forth in the report and recommendation.  *See Bell Atlantic Corp. v. Twombly*, 550 U.S. __, 127 S. Ct. 1955, 1964-65, 167 L. Ed. 2d 929 (2007).  Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  Defendant J. Knight's motion to dismiss (document 47) is DENIED.

This matter is remanded to the magistrate judge for further proceedings.

>   SO ORDERED on August 5, 2008.

>>   s/Robert L. Hinkle
>>   Chief United States District Judge