IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MYRA CATHERINE SOLLIDAY,

    Plaintiff,

v.                                                   CASE NO. 4:07cv363-RH/WCS

OFFICER SPENCE, et al.,

    Defendants.

_____/

**ORDER DENYING DEFENDANT KNIGHT'S
MOTION FOR SUMMARY JUDGMENT**

      This case is before the court on the magistrate judge's second report and recommendation (document 95) and the objections (document 96). I have reviewed *de novo* the issues raised by the objections.

      This is a prisoner civil rights case. The plaintiff asserts that, while serving as a correctional officer, the defendant J. Knight sexually assaulted the plaintiff. Mr. Knight has moved for summary judgment. The report and recommendation concludes the motion should be denied. In his objections, Mr. Knight's primary contention is that he did not do what the plaintiff says he did. But a dispute over the facts—for example, a dispute over which of two witnesses is telling the

truth—cannot properly be resolved on a motion for summary judgment.  Disputes of this type must instead be resolved by a trial.  The report and recommendation correctly concludes that Mr. Knight's motion for summary judgment should be denied.  Accordingly,

    IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court.  The defendant J. Knight's motion for summary judgment (document 68) is DENIED.  The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on March 2, 2009.

                                                 s/Robert L. Hinkle  
                                                 Chief United States District Judge