# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MYRA CATHERINE SOLLIDAY,

    Plaintiff,

v.                                      CASE NO. 4:07cv363-RH/WCS

OFFICER SPENCE, et al.,

    Defendants.

_____/

## ORDER GRANTING SUMMARY JUDGMENT FOR
## DEFENDANTS WILLIAMS, RIVERA, HORTON, AND LAPPIN

This case is before the court on the magistrate judge's report and recommendation (document 106) and the objections (document 107). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The summary-judgment motion filed by defendants Williams, Rivera, Horton, and Lappin (document 80) is GRANTED. The plaintiff's summary-judgment motion (document 89) is DENIED. I do not direct the entry of judgment

under Federal Rule of Civil Procedure 54(b). The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on August 21, 2009.

                                             s/Robert L. Hinkle
                                             United States District Judge