IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MYRA CATHERINE SOLLIDAY,

    Plaintiff,

v.                                                   CASE NO. 4:07cv363-RH/WCS

OFFICER SPENCE et al.,

    Defendants.

_____/

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    Warden
         Waseca Federal Correctional Institution
         1000 University Dr., SW
         Waseca, MN 56093

         and

         Any official of the Bureau of Prisons
         or United States Marshals Service

It appears that **Myra C. Solliday,** Register No. 28076-004, is in custody at the Waseca Federal Correctional Institution. She is the plaintiff in this case, which is scheduled for a jury trial before the undersigned at the United States Courthouse, 111 N. Adams Street, Tallahassee, Florida, on April 5, 2010, at 8:15 a.m. It is necessary for Ms. Solliday to appear as the plaintiff and a witness at the trial.

This writ commands you, the Warden of Waseca FCI and any official of the Bureau of Prisons, to have Ms. Solliday transported to the trial. Upon completion of her appearance it is further commanded that you return Ms. Solliday safely to the appropriate institution.

SO ORDERED on January 27, 2010.

s/Robert L. Hinkle<br>
United States District Judge

Copies furnished to:
Wardent, FCI Waseca
United States Marshals Service
Mr. David Michael Frank, Plaintiff's Counsel
Mr. Gregory Dixon, Pro Se Defendant
Mr. Jimmy Knight, Pro Se Defendant
Mr. E. Lavon Spence, Pro Se Defendant