IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MYRA CATHERINE SOLLIDAY,
     Plaintiff,

v.                                  CASE NO. 4:07cv363-RH/WCS

OFFICER SPENCE et al.,
     Defendants.
_____/

## PLAINTIFF'S AMENDED MOTION FOR JURY INSTRUCTIONS AND VERDICT FORM
### (amended as to verdict form only)

     Plaintiff, by counsel, and pursuant to the Federal Rules of Civil Procedure, requests that the Court issue the attached substantive Florida Standard Jury Instructions in Civil Cases 401.13(d), 501.1(a), 501.2 (a), (b), and (c), 501.6, and 501.8.  Plaintiff also requests use of the attached standard verdict form, also patterned on Florida state substantive law.

## MEMORANDUM OF LAW

     Although how and when jury instructions are given is procedural, the actual content of jury instructions in diversity cases is governed by the substantive law of the state claims asserted. Tran v. Toyota Motor Corp., 420 F.3d 1310 (11th Cir. 2005).  It is in this light, plaintiff respectfully requests the five, short Florida substantive jury instructions attached and the attached verdict form.  (Plaintiff previously filed an entire set of Florida instructions in case the Court wanted to review any).  Plaintiff understands that the Court will use its own routine instructions for everything else, e.g. the duty of jurors, how the trial will proceed, etc.

     Plaintiff does, however, request that in any description of the case for the jury, that the Court not mention that plaintiff is currently incarcerated, the length of her sentence, when she

was committed, or anything about the other defendants.  (We are in the process of contacting the

Marshall's office now to coordinate plaintiff's attire for trial).

## **PLAINTIFF'S LOCAL RULE 7.1(B) CERTIFICATION**

Counsel for the plaintiff is unable to discuss this matter with the only remaining

defendant in this case because he is in default and is not defending.


Respectfully submitted,

**S/ DAVID M FRANK**
David M. Frank
Fla. Bar No. 997854
***DAVID FRANK INJURY LAW, p.a.***
1584 Metropolitan Blvd., Suite 102
Tallahassee, FL 32308
(850) 224-4357
(850) 201-6972 fax
davidfrank65@gmail.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to all registered and active counsel of
record via CM/ECF filing this 1st day of April, 2010.


**S/ DAVID M FRANK**
David M. Frank

2

## JURY INSTRUCTIONS
**Florida Standard Jury Instructions in Civil Cases 401.13(d), 501.1(a), 501.2 (a), (b), and (c), 501.6, and 501.8**

The court has determined and now instructs you that defendant Spence was negligent and such negligence was a legal cause of loss, injury, or damage to plaintiff Myra Solliday. Ms. Solliday is therefore entitled to recover from defendant Spence for the loss, injury, or damage as is shown by the greater weight of the evidence to have been caused by defendant Spence.

You should award Ms. Solliday an amount of money that the greater weight of the evidence shows will fairly and adequately compensate her for her loss, injury, or damage, including any damage Ms. Solliday is reasonably certain to incur or experience in the future. You shall consider the following elements:

Any bodily injury sustained by Ms. Solliday and any resulting pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconvenience, or loss of capacity for the enjoyment of life experienced in the past or to be experienced in the future. There is no exact standard for measuring such damage. The amount should be fair and just in the light of the evidence.

The reasonable value or expense of hospitalization and medical (mental health) and nursing care and treatment necessarily or reasonably obtained by Ms. Solliday in the past or to be so obtained in the future.

Any loss of ability to earn money sustained in the past and any such loss in the future.

If the greater weight of the evidence shows that Ms. Solliday has been permanently injured, you may consider her life expectancy. The mortality tables received in evidence may be considered in determining how long Ms. Solliday may be expected to live. Mortality tables are not binding on you but may be considered together with other evidence in the case bearing on Ms. Solliday's health, age and physical condition, before and after the injury, in determining the probable length of her life.

You should not reduce the amount of compensation to which Ms. Solliday is otherwise entitled on account of wages, medical insurance payments, or other benefits which the evidence shows Ms. Solliday received from her employer, insurance company or some other source. The court will reduce as necessary the amount of compensation to which Ms. Solliday is entitled on account of any such payments.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MYRA CATHERINE SOLLIDAY,**
**Plaintiff,**

**v.**                                              **CASE NO. 4:07cv363-RH/WCS**

**OFFICER SPENCE,**
**Defendant.**
_____/

**<u>VERDICT</u>**

**We, the jury, return the following verdict:**

**1.  What is the present value of any damages for medical (mental health) expenses to be sustained or incurred by Plaintiff, Myra Solliday,**

**a.      in the past?**                       $_____

**b.      in the future?**                     $_____

**3.  What is the total amount of Plaintiff's, Myra Solliday, damages for loss of ability to earn money,**

**a.      in the past?**                       $_____

**b.      in the future?**                     $_____

**2.  What is the total amount of any damages of Plaintiff, Myra Solliday, for pain and suffering, disability or physical impairment, mental anguish, inconvenience, or loss of capacity for the enjoyment of life,**

**a.      in the past?**                       $_____

**b.      in the future?**                     $_____

**Total of the above damages**
**(add lines 1, 2a, and 2b):**      $_____

      **SO SAY WE ALL, this ___ day of _____, 2010.**


              _____
              **FOREPERSON**