IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MYRA CATHERINE SOLLIDAY,

    Plaintiff,

v.                                                               CASE NO. 4:07cv363-RH/WCS

E. LAVON SPENCE,

    Defendant.

_____/

## VERDICT

We the jury unanimously return the following verdict:

1. What is the amount of compensatory damages, if any, sustained by Ms. Solliday and caused by Mr. Spence's violation of her right not to be coerced or intimidated into having sex with him, for:

(a) earnings from prison employment lost in the past, with interest at a rate you find reasonable?

$ 6,000

(b) expense that Ms. Solliday reasonably will incur for mental-health treatment in the future, reduced to present value?

$ 85,000

(c) physical pain and suffering?

$ 5,000

(d) mental or emotional anguish and personal humiliation?

$ 1,067,625

2. What amount of punitive damages, if any, do you assess for Ms. Solliday against Mr. Spence?

$ 1,000,000

SO SAY WE ALL on April 7th, 2010.



Foreperson